# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN JOE NUNLEY, JR.,
                 Appellant,

vs.

THE STATE OF NEVADA,
                 Respondent.

No. 76730

FILED

JAN 18 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
       DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a postconviction petition for writ of habeas corpus. Eighth Judicial District Court, Clark County; Joseph Hardy, Jr., Judge.

Appellant has filed a motion indicating that he wishes to voluntarily dismiss his appeal. The motion is granted and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____
Parraguirre

_____, J.
Cadish

cc:    Hon. Joseph Hardy, Jr., District Judge
        John Joe Nunley, Jr.
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

19-03064